**PAGE THREE**
**FOLLOW UP INVESTIGATION/**
**ARREST OF SUSPECTS**
**2 FEBRUARY 1999**
**H-98-172**

Keith Scott said that they talked to Victor Gloria and continued walking in the direction of their vehicle. He stated it was during this time they encountered three unidentified black females who were later identified as **Ms. Barbara Bailey, Ms. Charnetta Bailey and Ms. Erica Jones.** Keith Scott stated that Victor Gloria was the main person who began conversations with the females. He stated a short time later the listed victim in company with two other individuals approached the group and began making sarcastic remarks toward the females.

Keith Scott stated that the females and the rest of their group walked away from the victim and his associates trying to avoid an altercation. He stated it was during this time the victim re-approached their group and in a threatening manner approached Victor Gloria from behind. He stated at this point Victor Gloria struck the victim once in the face and immediately began running toward the main Street. Keith Scott stated after the victim was struck in the face he started bleeding from the nose and stood in the same area and did not chase after the Victor Gloria.

Keith added that the altercation was over at this point, saying that only one punch was thrown. Keith stated that the only persons involved in any altercation that night was Victor Gloria and the victim. Keith stated that he did not know at the time that the victim was stabbed in the neck and did not see Victor Gloria armed with any type of weapon. He said that he learned of death after Police were looking for him and his brother in Laurel.

Keith stated after the altercation they walked to their vehicle and drove back to Laurel Maryland. He stated that Victor Gloria apparently made his own way home indicating that he did not ride in their vehicle. Concerning Kevin Lee Scott your Investigators will note that he provided the same basic information in his taped interview, see transcripts for detailed information.

**INVESTIGATION TO CONTINUE**

SUPERVISOR                    DETECTIVE ROBERT PATTON
                              C.I.B. HOMICIDE UNIT

# Exhibit 4

Police Department
Baltimore, Maryland

CI/209                                          Case Number_____

INFORMATION SHEET

Name _Clarence Frederick White_          Nickname _Clarence_

Race _B_   Sex _M_   Age _15_   D.O.B. ████ ██ ████

Height _5'7"_   Weight _135_   Complexion _Med_

Address ███████████████   SS# ███████████

Home Phone ██████████   Date and time of interview _18 July 98  0355_

Parent's name ████████████████   Address _S/A_

Boy/girlfriends name ███████████████   Address ████████████

Last School Attended _Conrod Weiser_   Grade _9th_

Employer _Unemployed_                   Address_____

Employers Phone_____   Hours of employment_____

RELATIVES IN BALTIMORE NOT LIVING WITH WITNESS

Name ████████████   Relationship ████████

Address _S/A_                      Phone _Same_

Name ████████████   Relationship ██████████

Address ████████████   Phone ███████

Read and Write     Yes _X_        No_____

Under the influence of drugs   Yes_____   No _X_

If yes explain_____

Alcohol Check One Sober____ Had Been Drinking _X_ (2 Beers) Intoxicated____

Description of clothing at time of Interview (note in bloodstained torn etc.) _T.Shirt, Jeans, Tennis Shoes._

Note any injuries _None_

Meals Provided____Date_____Time_____Date_____Time_____

Detective _Klein 0700_                   Detective_____

# Exhibit 5

Me & Demiew ; Montrel came downtown

We was Drinking.

Met up with Some Girls near Crazy Johns.

Split up.

Went to Inner Harbor.

Met up with Girls Again.

They talking with other Guys.

We All Started talking

Suspect Became mad

Started to fight with the Victim

U Got Cut on Neck

Suspects Ran Away.

it was 3/4 They all Ran Away Together.

Suspect #1

White T-Shirt - White V-Neck on top.   Short Hair
Brown/tan Shorts,        Low Cut Black Chuka Boots.

MB 19.  Slim - 150  Light Skin

Saw him swing at Montrel - Montrel grabbed

his Neck - AND was bleeding Dad.

#2  MB 18    White T-Shirt  Dark Shorts.

#3  MB 18    White T-Shirt  Dark Shorts.

Called 911 from Pay Phone       Light Rail Entrance.

Flagged down Police Car.

Can recognize if seen again.

# Exhibit 6

Today's date is the 11th of June 1999. The time now is approximately ah, 1347 hours. This is Detective Robert Patton and Detective John Thanner of the Homicide Unit. Ah, we're in Sgt. Barrack's office. We're interviewing Mr. Clarence White in reference to the stabbing incident of Montrell Creighton which occurred down at the Inner Harbor during the summer of 1998.

Patton:	O. k. for the record ah, Mr. White would you say your full name and address please?

White:	Clarence White, ██████████████

Patton:	O. k. and how old are you Clarence?

White:	16.

Patton:	O. k. and ah, what's your date of birth?

White:	████████

Patton:	O. k. alright you remember the incident that happened down at the Inner Harbor where Montrell Creighton who's also known as Tank, was stabbed? Do you remember that?

White:	Yes.

Patton:	O. k. could you tell me what you remember about that incident? What happened?

White:	Um, this,

Patton:	And speak up loud.

White:	Alright, it was, we arrived like downtown like I guess like 12 or something and.

Patton:	Who, who was with you?

White:	It was Truck, it was Bishop and me.

Patton:	O. k.

White:	And we was, we was walking down to the side like I don't recall what street that is. We was, we was walking towards the harbor. And we were drinking and we was walking towards the harbor. We, we seen these females, it was 3 females. And so we were, we were talking to the females and the females was like, one of the girls who Montrell was rap, talking to

Page #2
Statement of:          Clarence White

White:          she say that she was married and she was in the army like she was just
trying to turn him down like easy or whatever but it's like she was just out
there still trying to talk to males though and he couldn't understand that
cause like he had that alcohol in him.  So we walked him down and we get
so towards the harbor like next to the booth where the benches at and we
walking down and we see the females again and we keep on going we rap.
We, we get to them a little group where some guys rapping out there were
rapping, time goes by and the females walked passed us and it's like soon
as she looked like, he look over to the right and he them so he walked right
there cause they was like right on the side of us.  He walked over there, he
talking to them, he's talking to this female and he was like, "Why yall
messing with them, the guys?"  He was like, "They ain't nobody" and this
and that.  He say, like he, he was like um, he was like they whores.  He
asked the, he asked the dudes like why was they rapping to the females, he
was like they all spoken for like, she married and she in the army and the
guy he came, he came out his mouth like, like fuck you or something.  So
Montrell was he was call, he called him out there.  So the guy was like,
"We can fight."  So it's, they get there to fighting like Truck jabbed him in
the face and the dude throw his guards up.  When he throw his guards up
he just swinged, he swinging and it look like he hit him in his neck.  It's like
he held Truck, grabbed his neck and he say like, "I'm, I'm hit like he , he
poked me or something."  And he started bleeding.

Patton:          Now,

White:          It's like.

Patton:          where did the guys, the guy go that, that stabbed him in the neck?  What
did he do after he stabbed Montrell in the neck?

White:          The guy he, he ran.

Patton:          Now he was with some other guys?

White:          He was with two light skinned guys.  He was with those twins that you
showed me.  He was with them and they all like clammed together like
come on or whatever and they ran.  Like as if like they knew what he was
doing.

Patton:          Now did anybody else fight Montrell other, just the one guy fought
Montrell?

Page #3
Statement of:      Clarence White

White:      Just the brown skinned guy.

Patton:      O. k. now you said that Montrell swung at him and then the guy swung back and then the fight was over with?

White:      Yes.

Patton:      And then, what did Montrell do after the guy hit him?

White:      He clenched on his neck and he said, the just like he poked me.

Patton:      Huh. Huh.

White:      We well he was sitting there for so long before he said it that, that like we ain't know and it's like they already done ran off.

Patton:      And then he's bleeding from the neck?

White:      Huh. Huh.

Patton:      A lot?

White:      It was a lot.

Patton:      Alright, o. k. now did you know the girls?

White:      No.

Patton:      O. k. had you ever seen those 3 guys before?

White:      Uh. Uh.

Patton:      Were they, had you ever seen the guy that, that stabbed Montrell in the neck before?

White:      No.

Patton:      Did you see what kind of weapon he had in his hands when he hit Montrell in the neck?

White:      Nah.

Page #4
Statement of:        Clarence White

Patton:        Couldn't, you couldn't see it?

White:        Uh. Uh.

Patton:        O. k. but he did hit him in the neck and then after that ah, Montrell stopped fighting and grabbed his neck?

White:        Huh. Huh.

Patton:        O. k. now earlier before we turned on the tape at about ah, 1325 hours which is 1:25 p.m. I showed you a photo line up card ah, that contained 6 black and white photographs, is that correct?

White:        Yes.

Patton:        And o. k. and did you identify anybody on that card?

White:        I identified the 6th picture,

Patton:        O. k. and that, did

White:        on down the bottom.

Patton:        and that's the ah the, the bottom row?

White:        The bottom right hand, hand the 3rd one.

Patton:        O. k. bottom right picture?

White:        Yes.

Patton:        O. k. and this person is the person that?

White:        He stabbed Montrell.

Patton:        O. k. and did you sign your name above the picture?

White:        Yes.

Patton:        O. k. and had you write something on the back?

White:        Yes.

Page #5
Statement of:             Clarance White

Patton:        O. k. and what did, what, what did you write on the back, can you read that?

White:         The guy in the picture that I identified looks like the person that stabbed Truck.

Patton:        O. k. and Truck is Montrell Creighton, right?

White:         Yes.

Patton:        O. k.

White:         Creighton.

Patton:        Creighton, I'm sorry. Now I also showed you 2 more photo line ups and you identified ah, the two light skinned guys is that correct?

White:         Yes.

Patton:        O. k. the, the first one I showed you was at um, 1 ah, 1:32 p.m. and did you identify anybody on that card?

White:         Yes the 3rd person on the top on the right hand side.

Patton:        O. k. and that was one of the guys that was there?

White:         Yes.

Patton:        O. k. and I showed you another one at ah, 1:37 p.m. did you identify anybody on that one?

White:         Yes.

Patton:        O. k. and where was that picture located?

White:         Down the bottom on the first.

Patton:        Bottom where?

White:         On the bottom of the 1st left hand side.

Patton:        O. k. and he was the this person was?

Page #6
Statement of:        Clarence White

White:        He was, he was the guy that was there.

Patton:        O. k. and you signed your name above each one of those photographs?

White:        Yes.

Patton:        O. k. Um, I also showed you a 4th line up but you couldn't identify anybody is that correct?

White:        Yes.

Patton:        O. k. Now you came down to Police Headquarters ah, or went to the hospital right, after Montrell was stabbed?

White:        Yes.

Patton:        And then ultimately you came down Police Headquarters and talked to the detectives that night,

White:        Yes.

Patton:        or that morning, right?

White:        Yeah.

Patton:        O. k. and you told them what happened?

White:        Yeah.

Patton:        Alright, o. k. um, now I asked you, do was this earlier and you said there was 2 light skinned guys and the guy that stabbed Montrell, was there any other person with them in that group,

White:        Uh. Uh.

Patton:        that you know of ?

White:        Nah if they have it, they would have to be far or something.

Patton:        O. k. so they weren't out in the immediate vicinity?   They weren't involved in what happened?

Page #7
Statement of:          Clarence White

White:          Nah.

Patton:          O. k. alright, o. k. John you have any questions?

Thanner:          **(Inaudible)** at any time Clarence did Detective Patton or myself pointed out anyone direct you to identify anyone,

White:          Uh. Uh.

Thanner:          out of those photographs that you looked at?

White:          No.

Thanner:          Ah, we didn't indicate in any way, shape or form, right?

White:          Right.

Thanner:          And ah, you weren't forced or coerced or threatened to give this statement?

White:          No.

Thanner:          O. k. that's all I have Bobby.

Patton:          O. k. alright the time now is approximately ah, 1356 hours. We're gonna conclude the interview.

Transcribed by:          Eva E. Cooper

# Exhibit 7

This is a tape statement of David Bishop being taken in the Homicide Unit by Detective Kurt Hastings.  The date is 18th July, 1998 and the time is 0416 hours.  We're in Lieutenant's Lieu's office in the Homicide Unit.  For the tape sir state your name?

Bishop:       David Bishop.

Hastings:     Could you speak up sir?

Bishop:       David Bishop.

Hastings:     Your home address?

Bishop:       ██ ████████████████

Hastings:     Your age and date of birth?

Bishop:       I'm 24 years old and I was born ████ ██, ████.

Hastings:     Can you read and write sir?

Bishop:       Yes.

Hastings:     How much education do you have?

Bishop:       I graduated from Southwestern High School.

Hastings:     Are you under the influence of drugs or alcohol right now?

Bishop:       No.

Hastings:     Are you giving this statement free and voluntarily?

Bishop:       Yes.

Hastings:     Mr. Bishop I'm investigating an incident that occurred 301 Light Street which is the Inner Harbor.  It happened around 2 AM this morning where a friend of yours Matrella Creighton known to you as Truck was stabbed, what can you tell me about this incident?

Bishop:       Well, we started we, we entered the Harbor from the entrance and started walking down me Truck and my friend Little Man we were walking down talking to some girls alright, than all of a sudden we ran into these girls one of them Truck was trying to talk to than it was some guys standing there one of the guys said something smart to Truck, Truck was ready to fight the guy than

Statement of Mr. David Bishop
Page 2

Bishop:     they started fighting alright Truck, the
            guy swung on Truck, Truck swung the guy
            swung back and it looked like a punch
            but, he cut him with something in his
            neck.  And, than the other one tried the
            light skin dude came up and hit him in
            his head and than they just backed up
            cause Truck wasn't trying to fight them
            after they hit him it wasn't trying to
            fight them so they just backed up cause
            I guessed they figure they stabbed him
            they did something to him.  And, I
            didn't realize that he was stabbed .
            until, until um I started fighting the
            dudes and than they backed off and then
            I went to my friend and than he, he
            looked at me and he was black he was
            like they cut me with something and than
            that was his last words and than all the
            blood started shooting out of his neck,
            and air was coming out of his neck and I
            tried to put my hand over his neck to
            try to stop the bleeding and keep his
            air in.  And, than his head, his head
            started swelling up like a balloon his
            eyes started getting real big and his
            face started getting real puffy and
            blood started coming out of his mouth
            and his nose.  And, it was like he was
            standing up he was real stiff and when
            I, when I felt I realize that he was
            gone so I sat him down, I laid he down
            on the grass and I tried to ran down the
            boardwalk to see if I could catch the
            guys but, by the time they were gone.
            So I ran back up the boardwalk and
            that's when the Ambulance gets there.

Hastings:   When you say these three guys describe
            the guy that was originally fighting
            with Truck who stuck him as you put it?

Bishop:     I say he was about 5'11 a 160 pounds
            um dark complexion um he was wearing
            not a hat but some kind of it looks
            like some kind of little cap on his head
            or something it didn't have a wing on
            it.  And, he had some it looked like he
            had some um some kind of pants or
            something rolled up to his knees and.

Hastings:   Like sweat pants?

Bishop:     Yea, like sweat pants or something.

Statement of Mr. David Bishop
Page 3

Hastings:       Did you see what kind of shoes he had
                on?

Bishop:         No, no.

Hastings:       The other two gentleman who, who were
                with them, when we were talking earlier
                you said that they looked like twins?

Bishop:         Yea, they looked like brothers I heard
                one of the girls say that call I heard
                one of the girls say twin, like that so
                I figure that um they were twins but,
                they looked like brothers they were the
                same height, the same complexion and
                they, their, their features were
                similar.

Hastings:       There was a different in their hair
                styles?

Bishop:         Yea one of them had a bush the other had
                braids going down to the back.

Hastings:       The one with the bush how big of bush
                was it?

Bishop:         I say it stood about 5 inches off of
                his, off of his head.

Hastings:       And the other one had braids all the way
                through his hair?

Bishop:         Going to the back, yea, all the way
                through.

Hastings:       Do you remember what either one of them
                was wearing?

Bishop:         No, I can't really remember what they
                were wearing.

Hastings:       Do you recall any words that were spoken
                between any of your friends and the
                suspects?

Bishop:         They were just going back and forth
                talking I mean saying like I don't know,
                Truck I guess Truck, Truck was like why
                do you have to disrespect me and he was
                ready to fight and that was really the
                end, the guy was like what's up and than
                they started fighting.  And it looked
                like it he looked like he punched him

Statement of Mr. David Bishop
Page 4

Bishop:        but, he stabbed him with something.
               Because I could tell the side that, I
               could tell the side that he was on that
               the dark skin dude was the one that
               stabbed him because the way they were
               fighting the light skin dude came from
               the back and, where he was cut that's
               where, that's where the dark skin dude
               was hit his at.

Hastings:      Right?

Bishop:        I seen him hit him.

Hastings:      When you met um the girls down the Inner
               Harbor, did you know any of these girls
               names?

Bishop:        None I just met them.

Hastings:      Did you get any nicknames or anything
               like that?

Bishop:        I, I didn't even talk to the girls.

Hastings:      How long were you down the Inner Harbor
               before this happened?

Bishop:        About an ½ hour.

Hastings:      Have you ever seen any of these suspects
               before anywhere?

Bishop:        Never.

Hastings:      Can you think of any questions that I
               didn't ask you or any information or any
               information that you can provide me that
               I didn't go into?

Bishop:        If I could remember more I would try
               but, I told you everything I know, I
               can't remember (inaudible).

Hastings:      Thank you for your cooperation.  This
               tape statement is terminated at 4:23,
               thank you.

This tape was transcribed by Secretary III Myrna C.
Milburn, Criminal Investigation Bureau, AdmUnit on
November 28, 1998.

# Exhibit 8

Today's date is the 29th of July 1998. The time now is approximately 12:50 hours, this is Detective Robert Patton, the Baltimore City Police Homicide Unit. Ah, I'm conducting an interview with Ms. ah, Barbara Baily in reference to the homicide of Montrell Crighton which occurred at the Inner Harbor on the um, 18th of July 1998 at about 2 o'clock in the morning.

Patton:          Just for the record Barbara just tell them your full name, your age and your date of birth?

Bailey:          O.k. My name is Barbara Anita Bailey. I'm 18 and my birthday is ████████

Patton:          O.k. um, Barbara we were just conducting ah, ah pre-interview for about 20 minutes and um, you told us some things in reference to what happened down at the Inner Harbor, is that correct?

Bailey:          Huh. Huh.

Patton:          O.k. just from the beginning tell me what happened in sequential order, what happened that night down at the harbor.

Bailey:          O.k. well me and my friends were going down the harbor and we parked on,

Patton:          Now I'm gonna interrupt you there, you say me and your friends ah, who was with you?

Bailey:          My sister and my best friend.

Patton:          And what's your sister's name?

Bailey:          Tronetta and my best friend is Erica.

Patton:          O.k. Tronette Bailey,

Bailey:          Huh. Huh.

Patton:          and Erica ?

Bailey:          Jones.

Patton:          Jones? O.k.

Page #2
Statement of:

Barbara Bailey

Bailey:

Well, we were on um, Gay Street and we parked, parked on Gay Street and then we started walking towards the harbor and that's when we saw Montrell and David and the other guy. We didn't know them but

Patton:

Is that the first time you had met them?

Bailey:

The first time we had met them and they um, approached us and, well they actually, Montrell approached Erica and we were like come on and trying to egg her to come on with us and stop talking. So um, she just kept talking to him, she kept talk, you know he was like so what are you doing down here, or, or you married or you got a boyfriend and she was like, "I'm married!" and he was like, "You married? What you mean, you married!" She was like, "I'm married!" So um, she, she does have a boyfriend but she called him her husband so we um, they had a conversation for like 15 minutes, but I didn't know what they were talking about cause I wasn't in to it. I wasn't paying attention and then we walked towards the harbor cause we wanted to get something to eat we was all on the Planet Hollywood. The Planet Hollywood was closed so then we was walking toward the Maryland Science Center so, thinking that something else would be opened in the other Pavilion. So that's when we met the other guys that were from D.C. and we started talking to them and they told us that their names and not all of them but there were 2 Kevins and there were a Victor and there was another one. And I don't know his name. And we were talking and then that's when Montrell came over there and we were

Patton:

Where were you, where, where were you exactly in relationship, in relationship to the harbor, where were you specifically?

Bailey:

O.k. um

Patton:

Before anything happened like fight, or anything happened?

Bailey:

Before ah, the fight happened? We were like near, o.k. we were past the Pavilion. We were closer towards the Maryland Science Center on one of those benches. That's where we were sitting at and then, then that's when Montrell, Montrell and David came over there talking to us and Montrell was like, "You suppose to be married what you doing talking to them?" And he, she was like, "These my boys!" and he was like um, "I don't give a

Page #3
Statement of:                    Barbara Bailey

Bailey:                          fuck who they are!" and he was like, "Fuck them! I don't give a fuck!" and
                                 then the um, the guys that were from D.C. they was just chilled for a
                                 minute, they were chilling and then Kevin was like, "I don't know about
                                 that!" you know, if referring to when he was like, "Fuck them, I don't give
                                 a fuck about them!" And then that's when David was like, "Man he got a
                                 mouth over here, he talking over here", like he was egging them,
                                 instigating them or something. And um, then I noticed that something
                                 might happen so I got my girls together, Erica and, Da, and Shawnetta and
                                 I told them to come on and go. And that's when Montrell was like, "Your
                                 man look better than me?" asking Erica that, "Your man look better?" and
                                 she didn't answer him, she was just like, "He was drunk or whatever." She
                                 just was trying to ignore that. And so he was like, "Man FUCK YOU
                                 THEN!" cause she didn't answer. He was just like, "Fuck you! Fuck you!"

Patton:                          Are you guys walking away? Walking towards the,

Bailey:                          We were walking back towards the Gay Street I guess, you, you know.

Patton:                          Towards where Pavilion( please check) was?

Bailey:                          Yeah, back towards the Pavilion and um, well, David was like, "Man she
                                 ain't nothing but a 2000.00 dollar whore, fuck her, she ain't nothing but a
                                 2000.00 dollar whore." and you know, I guess boys, you know how they
                                 are they support each other just so, so he doesn't feel bad. He was like
                                 you know, kept saying that or whatever and my friend was like appalled
                                 you know. She was like "HA!" you know, had this like expression on her
                                 face like, oh my GOD, so we just kept on walking and then, and he was
                                 um, trying to um, talk to my sister like, "Man you down here too? You
                                 suppose to have a boyfriend man, fuck you too, you suppose to have a
                                 boyfriend and you down here talking to other guys!" And so she was like,
                                 my sister was just like, "Man get out of my face! Get off of me!" And so
                                 then, that's when um, Kevin and them was like, "Yoe, yall need to chill
                                 out you know like, that's not necessary or whatever" and then that's when
                                 David was like, "Man he got a mouth over here again!" and then that's
                                 when the altercation happened. But before the altercation happened Victor
                                 was the one that ran off because I get he saw that something was gonna
                                 happen. So he ran off towards Gay Street I guess or where ever they
                                 parked and um, he ran, and then that's when they started fighting but they
                                 started moving back towards the Maryland Science Center and we were

Page #4
Statement of:    Barbara Bailey

Bailey:    moving towards Gay Street so it was like a distance and when they started fighting and I turned around and I saw Kevin punch Montrell. I saw him punch Montrell and then my sister was like, "Oh, he bleeding, he punched him good". And they was like that's what he get, you know what I mean, cause we thinking that he got punched.

Patton:    Did, did Kevin have something in his hands or was he wearing a ring or

Bailey:    No he didn't.

Patton:    did you see, did you what he had in his hand?

Bailey:    No we were to far to see. It looked like a punch to us we didn't see that he had anything in his hand. So I thought he might have punched him in his mouth and his mouth was bleeding cause he had blood all over his shirt but my sister saw that I really couldn't see, my sister she, you know, she good with detail so I was like, "Come on!" and we saw that the guys from D.C. started running so we figured that maybe David and Montrell were gonna go to that car and get a gun or something so we started walking faster because we had on heels we couldn't run any faster than we, than our heels permitted us to.

Patton:    So the guys from D.C. past you up (inaudible)?

Bailey:    Yeah and then, we, they past us. They ran and they were like gone. They were shew out of there. I was like, "I wonder why they ran?" They, they punched the guy and they ran off you know. So we just started running (inaudible) to our car.

Patton:    Now did you see them after that, the guys from D.C. after that?

Bailey:    Uh. Uh, we ain't see them.

Patton:    O.k. now during your conversation with these guys, did they give you guys ah, their pager numbers, their home numbers, their telephone numbers at work or anything like that?

Bailey:    No.

Page #5
Statement of:      Barbara Bailey

Patton:      Or any

Bailey:      We didn't, uh. uh. We didn't

Patton:      You guys give them numbers?

Bailey:      No we didn't give them any numbers. We didn't have a chance. We were just talking you know when we first saw them we were just having a conversation about the harbor or downtown you know just being down there, they were like, what are yall doing? Cause the conversation wasn't even focused on do yall have boyfriends and who yall down here with and can we get in touch with yall later on. It wasn't focused on that until Montrell came back over there and was like, "Yall supposed to be married" and then you know.

Patton:      Right. Now you said there was 4 guys,

Bailey:      Huh. Huh.

Patton:      o.k. and one of them, 2 of them were named Kevin and you said two of them were twins,

Bailey:      Huh. Huh.

Patton:      right? Let's deal with them twin guys first. One of the twins you say had a name of Kevin?

Bailey:      Kevin, yeah.

Patton:      Alright, and can you describe those two guys to me,

Bailey:      Well um,

Patton:      the twins?

Bailey:      The twins, they were skinny, they were light skinned, they look like they were mixed or something, they had wavy hair but it was like a sandy blonde wavy hair.

Patton:      Sandy blonde?

Page #6
Statement of:   Barbara Bailey

Bailey:    Huh. Huh.

Patton:    **(Inaudible)** color?

Bailey:    **(Inaudible)** color.

Patton:    And how was the, how did they wear their hair?

Bailey:    One of them had like a short blow out. He just wore his hair wild wavy and um, the other one had corn rows that was going back and they were long corn rows. They probably reached down to his shoulders and he had them corn rowed back. But um,

Patton:    And this sandy,

Bailey:    They were both

Patton:    sandy blonde hair?

Bailey:    Yeah it was like sandy, huh, huh.

Patton:    Both of them had the same colored hair?

Bailey:    Yeah, same color hair, they

Patton:    But one had like it, was it like in a blow out?

Bailey:    Yeah, but his wasn't as long as his brothers, his was short. And they both kind of quiet, they ain't really didn't say much, they were quiet.

Patton:    O.k. and the guy, did you know of his second twin's name, did he ever say what his name was?

Bailey:    Ah, not that I remember. I he had

Patton:    Do you know which one, which one of the twins was Kevin?

Bailey:    No, I can't remember that. I can't

Patton:    Did they look like they were mixed black?

Page #7
Statement of:      Barbara Bailey

Bailey:      Yeah.

Patton:      Mixed?

Bailey:      Yeah, they looked like they were mixed or they had some other nationality in them like Puerto Rican or something.

Patton:      But they did have sandy blonde hair?

Bailey:      Huh. Huh.

Patton:      O.k. what about the guy Victor who ran off just as the fight started?

Bailey:      Well he was light skinned and had an even tone. He had some contacts in his eyes. They were, they were like silver or something they were a real, like the pupil of it, it wasn't like the normal size of a pupil it was like real big you know how you can see the pupil it's, it's kind of small?

Patton:      Right.

Bailey:      But this one like big so we knew it wasn't real you know and he, he admitted that, that wasn't real and he a real close haircut but

Patton:      And he was light skinned?

Bailey:      Yeah.

Patton:      Did he look like he was mixed also?

Bailey:      He looked like he could have been mixed.

Patton:      Did he say what his nationality was?

Bailey:      He said that he was half black and half Puerto Rican.

Patton:      Did he say where he lived, Victor?

Bailey:      Victor said he um, he lived out in D.C. but he use to live out in New York.

Patton:      Excuse me. Ah, the two twins they, they also said they were from D.C.?

Page #8
Statement of:         Barbara Bailey

Bailey:               Huh. Huh. Well they was even, they were on the same (inaudible) the
                      only thing with them was my sister had pointed out something. She was
                      like, "Where yall from?" cause they had on white slouch socks and nobody
                      in Baltimore wears white slouch socks and so she said, "Are yall from
                      D.C. or something or where yall from?" and he was like, "D.C." , and he
                      was like, "How did you know?" and she was like, "Because yall dress
                      different", she aint wanna really offend him but then she was like you
                      know and, "Plus yall have on white slouch socks" and so um,

Patton:               And the guy, there was the dark skinned guy that's named Kevin?

Bailey:               Huh. Huh.

Patton:               O.k. can you describe him?

Bailey:               Can I describe him?

Patton:               Other than he was dark skinned.

Bailey:               He, he had um, he had like a , a, thick close haircut, kept waves, he had
                      like wavy hair but it was um, it was close. It wasn't long and it wasn't real
                      short. It was just close. I could tell.

Patton:               Were they all about the same age? Or the same approximate age?

Bailey:               Huh. Huh.

Patton:               They're all in their twenties?

Bailey:               They're all in their twenties. That's what they look like.

Patton:               Did they say what kind of car they were driving?

Bailey:               Uh. Uh.

Patton:               They never bragged about what kind of car they had?

Bailey:               They didn't, they sure didn't.

Page #9
Statement of:         Barbara Bailey

Patton:         Did any of those guys have any distinguishable features other than the two twins had sandy blonde hair and Victor had curly black hair ah, correction

Bailey:         Uh. Uh.

Patton:         O.k. I'm sorry

Bailey:         No.

Patton:         the twins had good curly sandy blonde hair?

Bailey:         Huh. Huh.

Patton:         And ah, Victor's hair was ah,

Bailey:         Close cut.

Patton:         Close cut.

Bailey:         Close cut, he didn't have any hair you might as well say cause it was a real close cut.

Patton:         Black?

Bailey:         Huh. Huh.

Patton:         O.k. so they were from D.C. you don't know what kind of car, they didn't brag about what kind of car they were driving, they didn't have a chance to give you guys any telephone numbers?

Bailey:         Uh. Uh.

Patton:         Did they say where they worked at or, you know how guys brag about themselves when they're talking to women they always,

Bailey:         Yes.

Patton:         put themselves forward first. Do you remember anything significant about what they may have said,

Page #10
Statement of:        Barbara Bailey

Bailey:        No they didn't

Patton:        about themselves?

Bailey:        Nope. No.

Patton:        And you'd never seen those guys before?

Bailey:        Never.

Patton:        That was the first time you ever seen?

Bailey:        The first time we met both of them groups.

Patton:        Did they say where they had came from and where they had been before they met you guys?

Bailey:        Um, not that I can remember. I don't remember if they said anything
about                  anything except they were just hanging out.

Patton:        Now who was basically really engaged in a deep conversation with those guys from D.C., which one of them your sister or Erica?

Bailey:        Um, probably, first it was my sister and then it was Erica. I mean, cause my sister was talking to Victor at first but then when Montrell came over there and he started like you know getting rowdy, Erica tried to kind of ignore him so she was talking more to Victor than any, than any of us. Cause Victor he was the more talkative one, he was the one that approached us first and then the other one, the twins were the quiet ones and Kevin he was try, trying talking but I think he was smoking something, I'm not sure what he was smoking but he had, I think he had a cigarette or something in his hand. But he was basically chilling

Patton:        Right.

Bailey:        the um, the dark skinned Kevin. He was just like, whatever, smoking.

Page #11
Statement of:          Barbara Baily

Patton:          Right. O.k. Um, is there anything else you can remember about these guys that I didn't ask you that may help to identify them, thing about them? **(Please check).** OH! there is, in our pre-interview you indicated that they were all wearing,

Bailey:          Oh, yeah, huh.huh, they were all wearing white t-shirts.

Patton:          White t-shirts?

Bailey:          Yeah.

Patton:          And shorts?

Bailey:          And shorts.

Patton:          And tennis shoes?

Bailey:          And tennis shoes

Patton:          And socks?

Bailey:          And some of them had white slouch socks on.

Patton:          Slouch socks on? Those are the socks that hang down and drooped down

Bailey:          Yeah.

Patton:          towards your ankle.

Bailey:          Yeah, yeah, yeah. **(Inaudible).**

Patton:          You remember anything with heavy writing on their t-shirts of any kind?

Bailey:          No I, they were as simplest, you know, simplest white t-shirts **(inaudible).**

Patton:          Did you notice any of them had any, did they have any tatoos?

Bailey:          Uh. Uh. Nope! Usually if I see one I'll look at it

Patton:          Right.

Page #12
Statement of:      Barbara Bailey

Bailey:           and then I'll remember.

Patton:           What about earrings and gold teeth?

Bailey:           Maybe, maybe Victor had one.

Patton:           Earring or gold teeth?

Bailey:           Oh earring?

Patton:           Yeah earring, Victor had an earring?

Bailey:           No. No.

Patton:           Oh, Victor had

Bailey:           I think he had a gold in his mouth. I think he had one.

Patton:           In the front?

Bailey:           One on the side, on um, yeah on the side **(Inaudible)**. And, and ah,

Patton:           Alright um, we're gonna conclude the interview now. But if you think of anything after the interview I, I would appreciate that you give me a call. You have my telephone number, give me a call just let me know. Sometimes you remember things afterwards you know like,

Bailey:           Huh.Huh.

Patton:           something about it, oh yeah, he said he was, he had Alexis and mother worked at GM or something you know,

Bailey:           Huh. Huh.

Patton:           something like. Anything like that, I appreciate you ah, telephone call. Alright we're gonna conclude the interview, the time now is approximately ah, 1308 hours.

Transcribed by:    Eva E. Cooper

# Exhibit 9

The 12th of August 1998 the time now is approximately 11:38 hours. This is Detective Robert Patton Baltimore City Police Homicide Unit. Ah, conducting an interview with Ms. Charnetta Bailey in reference to the homicide stabbing of Montrell Crighton which occurred on the 18th of July 1998 at 0200 hours in the Inner Harbor Downtown Baltimore.

Patton: O.k. Ms. Bailey for the record just tell me your full name your age your date of birth and your address?

Bailey: I'm Charnetta Bailey my birthday is ▮▮▮, I live at ▮▮▮▮▮▮ and I'm 16.

Patton: Sixteen. O.k. ah were you in the Inner Harbor on the 18th of July about 2 o'clock in the morning were an incident occurred where a person was ultimately stabbed, Montrell?

Bailey: Yes I was.

Patton: O.k. tell me in your own words exactly what happened that night.

Bailey: O.k.

Patton: From beginning to end wherever you want to start at but basically from when you guys get down there and, and you encounter everybody.

Bailey: Well my sister and good a friend of ours named Erica, we parked on Gay Street and we walked on Gay Street and Montrell and Derrick and um, Schuggie was the first three guys that we met down there. We was on our way to Planet Hollywood but it happened to be closed, so before we got down there, we was talking to them the guy ah, Montrell was trying to talk to my friend Erica, um, Schuggie was trying to talk to me and the guy Derrick was trying to talk to my sister. And ah, they were conversating, all of us was conversating we all told them we had boyfriends but the ah, my friend Erica told him that she had a husband and she was married. So Montrell (inaudible) he was o.k. he told us that um, um, he was gonna leave us alone, he respect that we have boyfriends, I'll let yall go about yall business but it was nice meeting yall. So we walked on and we was going to Planet Hollywood we found out it was closed so we just said we was gonna walk around the Harbor. So we walked around the Harbor and stopped, my sister seen a couple of friends that she knew so we stopped and we was sitting on the bench. While they were talking um, Montrell, Derrick and Schuggie came back and Montrell was more hostile then. He was more like um, "What yall doing down here talking to them?" And was gossiping with us and my friend Erica was like, "This my spiritual brother, we're on a different level than us, down grading Montrell. So I thought that might have made him more pumper and um Schuggie was like, "Don't down grade my man! You don't know what kind of knowledge my man got in his head!

Page #2
Statement of: Charnetta Bailey

Bailey:     Don't do that to my man!" And I was looking like why is Erica, you know, doing this. So um, they left us alone then and walked on or whatever. Then we stopped holding conversation with them we walked towards the Science Center. Then we turned back around and we seen a group of guys about 4 of them. One name was Victor. They were friendly light skinned. We called them Pretty Boys. They all had on white shorts , (inaudible) shoes and slouch socks. So we figured they were from D.C. Then we hold ah, slightly conversation with them and they told us that they were um, they were from D.C. and um, we found their names. One was um, Victor and one was Kevin and it was two Kevins and a Kiwi. Two, a Kevin and Kiwi were twins and then there was another Kevin.

Patton:     Kiwi?

Bailey:     Nick name.

Patton:     Nick name was Kiwi?

Bailey:     I guess so.

Patton:     So what did

Bailey:     (Inaudible). And they told us that we was a nice bunch that he was like um, usually the guys, the girls that they meet down there have knuckleheads or chicken heads, don't got good heads on their shoulders. They was like that's a nice bunch they like the way we carried ourselves and pronounced our names and they was just talking and we were real proper. And um, um then Montrell, Derrick and Schuggie came over there. Montrell was more hostile then. He was talking to us with a um, aggressive tone, disrespecting us, calling us high priced whores and telling us that we, we can't talk to nobody cause, I guess he was trying to mess up our rap. Te, telling the guys that we had boyfriends, one was married and my sister had a boyfriend also. And was like, "Don't talk to them" and the other guys in the background, they didn't say anything to him. They just was like, " Um, we don't need this tonight!" And the guy , it was like, Schuggie was like, "Calm down Montrell, calm down!" And um, Schuggie um, Montrell was like, "Nah fuck them niggas, we don't we, I don't care about them! They married, they married, they ain't nothing but high priced whores. They come down here with a 1000.00 dollar outfit on trying to be cute!" And it um, it, it escalated then it calmed down. And

Page #3
Statement of:        Charnetta Bailey

Bailey:        then um, Montrell and his friends walked a different way we walked the opposite
               way and Montrell came running back towards us and got in our face and the guy,
               guy was like, "I don't need this tonight" he was like, "No what's up with us?"
               **(Inaudible)** was saying, "Come on fellows, come one fellows!" calling his fellows
               over there and Montrell and the guy named Kevin the tall one not the twin they
               were walking around in a circle. A beef, a beef like circle. Then I didn't see
               anymore. I turned around cause um, I was trying to gather up everybody and then
               Erica was like, "OOOOH he got banged in his mouth!" And then I turned around
               I seen the blood. Not here but here

Patton:        On his neck?

Bailey:        Yeah, he had on a white T-shirt so it was like real noticeable and um, the guy
               Victor he before the guy had got stabbed the guy named Victor um, ran off, but
               we didn't know he got stabbed we thought he was hit in the mouth. And he was
               like um, the Kevin was like, "Ain't nobody to big to take, we could take down.
               Ain't nobody to big we could take down!" Cause Kevin was skinnier than ah,
               Montrell. And um, they started walking with a upper pace and they kept looking
               back. And when I looked back Montrell was still standing so therefore I didn't
               know the knowledge that he was you know hurt or any. Then um, we went, they
               walked towards the valet parking and we walked, we walked the same way but
               they ran across the, um that street, I'm not sure what that street is, that wide street
               towards valet parking and we ran towards Gay Street. And we got in our car and
               we was still circling around trying to find them. We heard the ambulance going
               on and we didn't think it was nothing severe. I thought somebody finally called
               security and was you know, trying to calm everything down. We heard the
               ambulance going on and we got in the car trying to ride around trying to find
               Victor and them we were, we road around for like 25 minutes trying to find them.
               We went, we went inside valet parking asking did a couple of guys leave and they
               didn't say anything. They didn't tell us that no one left or nothing. And um, then,
               that's about it and we went on home that evening **(inaudible).**

Patton:        Now there's 2 Kevin's ah, and a Kiwi?

Bailey:        Huh. Huh.

Patton:        Alright one Kevin was the one that was actually fighting with Montrell,

Bailey:        Huh. Huh.

Page #4
Statement of:        Charnetta Baily

Patton:     right?

Bailey:     Huh. Huh.

Patton:     Then there were the 2 twins?

Bailey:     Huh. Huh.

Patton:     And then there's Victor?

Bailey:     Right.

Patton:     Now which of the two twins was Kiwi?  Now one of them had their hair braided?

Bailey:     The light skinned one.

Patton:     O.k.

Bailey:     The light skinned one.

Patton:     The one that had his hair braided back?

Bailey:     Yeah, the one that had his hair braided back.

Patton:     O.k. that was Kiwi?

Bailey:     Huh.Huh.

Patton:     O.k. and Victor, you said his name was Victor

Bailey:     Huh. Huh.

Patton:     but then his friend said

Bailey:     I don't even, I think that was the other Kevin with the short hair was like calling Vicdamone.

Patton:     Vicdamone?  But you don't believe that was his last name cause that's an actor.

Bailey:     Huh.Huh.

Page #5
Statement of:      Charnetta Bailey

Patton:      Did they ever confirm the fact that they were from D.C. while you were talking to them. I mean did that ever come out that they

Bailey:      Huh.Huh.

Patton:      were in fact from D. C.

Bailey:      Huh. Huh. Yeah.

Patton:      Victor

Bailey:      Was originally from New York. He had said he was down here with these boys that's from D.C.

Patton:      And that was victim that you talked to?

Bailey:      Huh. Huh.

Patton:      Ah, did you see a knife or anything in anybody's hands? In the guy Kevin's hands when they were, before they started fighting?

Bailey:      The distance that we were and how the energy that was there, I just thought it was a fist fight and I was scared that Kevin was gonna get hurt because Montrell was bigger than him you know, that's what my first thought was in my head. And then when I seen Kevin, not Kevin, Montrell bent over like this, I said, "Oh that's right he was drunk and he was already worked up." So I'm thinking that he wasn't gonna last long anyway when I seen Kevin walking away, I'm like that's probably why he was like, he was you know bent over some. I didn't even realize, and I didn't see any **(inaudible)** or knife or nothing.

Patton:      Alright, now had you ever seen those guys before that day, the guys from D.C.?

Bailey:      No.

Patton:      Alright, but you knew Montrell and them before?

Bailey:      Uh. Uh.

Patton:      You didn't? That was the first time you met them also?

Page#6
Statement of:          Charnetta Bailey

Bailey:       That was (inaudible). Huh.Huh. But um, Derrick said he re, remembered my
              sister from somewhere. But I'm not sure where he, where he remembered her
              from. I guess later on he remembered her from Mondawmin or something.

Patton:       Mondawmin. Alright. Is there anything else you wanna tell me that ah, may help
              us identify these guys. Anything you can remember? Like they never, did they
              ever give you a phone number or anything?

Bailey:       No numbers, it never got that far.

Patton:       They never bragged about what kind of car they were driving?

Bailey:       Nope.

Patton:       What they did for a living?

Bailey:       No.

Patton:       I mean usual guy stuff that they, you know how guys start bragging about who
              they are and what they did.

Bailey:       All we did is exchange names. But then that's when Montrell came over there.
              We asked them what they were getting into tonight and they said, "Nothing, what
              are yall getting into?" And we was like nothing.

Patton:       Did they say, did they say where they had been before they came down there?

Bailey:       Uh. Uh.

Patton:       They never talked about what kind of car they were driving?

Bailey:       (Didn't hear an answer).

Patton:       Alright, ah, we're gonna conclude the interview. The time now is 11:48 hours.

Transcribed by:      Eva E. Cooper

# Exhibit 10

Today's date is the 2nd of February 1999. The time now is approximately 1935 hours. This is Detective Robert Patton and Detective Kirk Hastings, of the Homicide Unit. We're in Lieutenant Cook's office. We're conducting an interview with Mr. Keith Mike, Michael Scott, in reference to the Homicide of Martrell Lamar Kreighton, which occurred on the 18th of July 1998, sometime about 0200 hours, in the Baltimore Inner Harbor area.

Patton:     Okay and for the record ah, Keith could you tell us your full name, your age, and your date of birth please?

Scott:      My name is Keith Michael Scott. My birthdate is ███████

Patton:     And ah, how old are you?

Scott:      Oh 23 years old.

Patton:     Okay and were do you live sir?

Scott:      ████ ██████████████.

Patton:     Okay ah, and you do you have a telephone there sir?

Scott:      Yes, my telephone number is ██████████

Patton:     Okay and do you have a brother?

Scott:      Yes.

Patton:     What's his name?

Scott:      Kevin Scott.

Page - 2
STATEMENT OF:  Keith Scott


Patton:   Okay and he, is he your twin brother?

Scott:    Yes he is.

Patton:   Alright, before we get started I wanna go over
          your rights form with you. Okay earlier this evening
          at about 1835 hours, which is 6:35 p.m., we advised
          you of your rights, is that correct?

Scott:    Yes.

Patton:   Okay and we went, you read allow all 5 of your rights,
          is that correct?

Scott:    Yes.

Patton:   And you put, wrote the word yes and put your initials
          at the end of each one of those rights, is that correct?

Scott:    Yes.

Patton:   Okay and you signed your name underneath those rights
          indicating that you fully understood them, is that
          correct?

Scott:    Yes.

Patton:   Okay and you also signed your name on that form,
          indicating that you wanna to give a statement without
          having a Lawyer present, is that also correct?

Scott:    Yes.

Patton:   Okay, now I'm just gonna go over your rights form with
          you one more time. Number 1, You have the absolute right
          to remain silent. Do you understand that?

Scott:    Yes.

Patton:   Ah, you have to speak up louder?

Scott:    Yes I do.

Patton:   Okay, Number 2, Anything you say or write may be used
          against you in a Court of Law. Do you understand Mr.
          Scott?

Page - 3
STATEMENT OF:   Keith Scott


Scott:     Yes I do.

Patton:    Okay, You have the right to talk with a Lawyer at
           any time, before any questioning, before answering any
           questions, or during any questions. Do you understand
           that?

Scott:     Yes I do.

Patton:    Okay, If you want a Lawyer and can not afford to hire
           one you will not be asked any questions and the Court
           will be, will be requested to appoint a Lawyer for you.
           Do you understand that sir?

Scott:     Yes.

Patton:    Okay, If you agree to answer questions, you may stop
           at anytime and the request a Lawyer, and no further
           questions will be asked of you. Do you understand that
           sir?

Scott:     Yes.

Patton:    Ah, do you fully understand your rights sir?

Scott:     Yes I do.

Patton:    Okay now ah, on this form also, it indicates that you
           there's a sentence underneath that indicating that that
           you are willing to answer questions and you do not want
           an Attorney at this time. And your decision to answer
           questions without having an Attorney present is free and
           voluntarily on your part. Is that correct?

Scott:     Yes.

Patton:    You concur with that?

Scott:     Yes.

Patton:    Okay, and you signed your name under that statement,
           is that correct?

Scott:     Yes.

Page - 4
STATEMENT OF:  Keith Scott


Patton:    Okay, now we also told you that your under arrest. Did
           you understand that sir?

Scott:     Yes.

Patton:    Okay and we also told you that your being charged with
           the murder of Mr. Martrell Kreighton, is that, your
           understanding?

Scott:     Yes.

Patton:    Okay and ah, knowing all that do you still wanna give
           your statement about what happened at the Inner Harbor
           sir?

Scott:     Yes.

Patton:    Okay, alright ah, just start from the beginning ah,
           Mr. Scott and tell us about that morning, or that late
           evening at the Inner Harbor. First of all, do you
           remember what day of the week it was when?

Scott:     No I don't.

Patton:    Okay, alright just go ahead and start from the beginning
           about what happened, and who you were with? Alright go
           ahead sir?

Scott:     Okay.

Patton:    Alright before you got to the Inner Harbor where were
           you?

Scott:     I was around he Laurel area.

Patton:    Okay and how did you get to the Inner Harbor?

Scott:     We had drove up there.

Patton:    Alright and who was with you when you drove up there?

Scott:     It was me, my brother Kevin, a friend of mine name
           Kevin.

Patton:    Okay and your friend ah, your friend Kevin, what is
           his full name?

Page - 5
STATEMENT OF:  Keith Scott


Scott:     Kevin Anthony Miller.

Patton:    Okay and ah, were does he live?

Scott:     In the Laurel area.

Patton:    Do you know his address or what apartment complex he lives in?

Scott:     No I don't.

Patton:    Okay how old is he about?

Scott:     He's in his 20's, 21.

Patton:    Okay and how long have you known ah, Kevin Anthony Miller?

Scott:     I've known him for about 3 or 4 years.

Patton:    Okay, now ah, who's car were you driving?

Scott:     We was in ah, a white car and my brother had drove up there.

Patton:    Was it your brother car or something or a friends car or what?

Scott:     No, we had brought it from a guy we know.

Patton:    Okay and what's his name?

Scott:     His name is Paul.

Patton:    Okay and what kind of car was it that you were driving?

Scott:     It was a 8, 86 inaudible Dodge, Dodge Aries, or Reliant, Dodge, Reliant.

Patton:    Okay, alright and ah, were did you guys park your car at when you got downtown Baltimore?

Scott:     It was one of the side streets.

Patton:    Now tell me from that point were you parked the car, or what your guys did after your parked the car that night?

Page - 6
STATEMENT OF:  Keith Scott


Scott:      We parked the car, we got out the car and went into
            the Harbor. Walked around for a while, you know having
            fun whatever. We went and had a couple of drinks.

Patton:     Did you go into a Bar?

Scott:      Yes.

Patton:     Do you know which Bar you went into?

Scott:      Ah, ump.

Patton:     I'm sorry, yes or no.

Scott:      No, no I don't.

Patton:     Okay go ahead sir, I'm sorry.

Scott:      And then after about a hour or so, we we was leaving
            the Harbor and we bumped into a guy we know from
            out Laurel name Vick. And inaudible what ever, what
            you doing up here. And about couple seconds, couple
            minutes went pass. Like 3 or 4 girls walked pass. And
            he had stopped them and was talking to them.

Patton:     Who is he?

Scott:      Vick had stopped the girls.

Patton:     Okay.

Scott:      And he was talking and about a couple minutes later
            so, 3 guys approached us, they was loud, drunk, yelling
            at the girls and us.

Patton:     You know what they were saying to you guys?

Scott:      No they was talking to the girls saying, you couldn't
            talk to me and all this, but you can talk to them.

Patton:     Who was saying that inaudible.

Scott:      The big guy, say his name was.

Patton:     There was a big guy and and 2 smaller guys?

Page - 7
STATEMENT OF:  Keith Scott


Scott:   Yes.

Patton:  Okay, so what happened after that?

Scott:   They they was arguing.

Patton:  Who, who was arguing?

Scott:   The big guy, he was talking to the girl.

Patton:  Okay.

Scott:   Saying why you couldn't mess with me, thought you
         was married and some other stuff I can't recall.
         So then, the girls had pulled off, like come on.
         And we had start walking off. And he was still yelling
         at them, he started coming up behind us. That's when
         he had approached Kevin Miller. We turn around and
         see Vick punch him and he ran off.

Patton:  Now when he approached Kevin Miller did he, did he
         and Kevin exchange blows?

Scott:   Nope.

Patton:  They argue?

Scott:   No.

Patton:  Did they have any words between them?

Scott:   No.

Patton:  So he approaches Kevin and does what? Kevin Miller I
         mean.

Scott:   He approached him like he was about to swing on him.

Patton:  Yeah, and then what happened?

Scott:   And that's when I see Vick hit him.

Patton:  Were did Vick hit him at?

Scott:   He punched him like on the side of his face.

Page - 8
STATEMENT OF:  Keith Scott


Patton:    How many times did Vick hit him?

Scott:     He just hit him one time.

Patton:    Did the guy start bleeding after Vick hit him?

Scott:     Yeah he was like his nose was bleeding.

Patton:    And then what happened?

Scott:     Then the girl started laughing saying that's what
           he get, or whatever. And then everybody just walked
           off.

Patton:    Did you walk or run?

Scott:     Started walking and then we started running.

Patton:    Then were did you go?

Scott:     We got in our car and left.

Patton:    Who, who got in the car with you?

Scott:     Me, my brother, and Kevin.

Patton:    Okay and were did ya'll go?

Scott:     Came back to Laurel. Dropped our friend off and went
           home.

Patton:    Were did ah, Vick go?

Scott:     I don't know were he went.

Patton:    Were did the girls go?

Scott:     I don't know were they went.

Patton:    Now this guy Vick do you know what his real name is?

Scott:     All I know is they call him Vick.

Patton:    Okay, and describe Vick to me?

Scott:     He's light skin, almost white, short hair, and a gold
           tooth.

Page - 9
STATEMENT OF:  Keith Scott

Patton:    Is he, how old is he about?

Scott:    He about 23, 24, I'm not sure.

Patton:    Do you know were he lives?

Scott:    He stayed in the Tall Oaks Apartments.

Patton:    I mean Vick? Were does Victor live?

Scott:    That's were he was staying at.

Patton:    In the Tall Oaks Apartments in Laurel?

Scott:    Yeah.

Patton:    Okay, do you know if he has a car?

Scott:    Yes he had a grey 4 door Delta 88.

Patton:    Do you know what year it was about? No.

Scott:    89, something.

Patton:    Now so basically your saying that, just to recap that the only person that was with you, that hit the tall guy, the guy that approached Kevin was Vick. Vick was the only one?

Scott:    Approached the other guy.

Patton:    Yeah was Vick the only one that hit anybody?

Scott:    Yes.

Patton:    Did you or your brother Kevin, Kevin Scott, hit the guy?

Scott:    No.

Patton:    Or exchange blows with anybody?

Scott:    Not at all.

Patton:    What about Kevin Miller, did he fight anybody?

Scott:    Not that I can recall, no.

Page - 10
STATEMENT OF: Keith Scott

Patton: I'm sorry?

Scott: No he didn't.

Patton: So the only person that was fighting was, was who?

Scott: It really wasn't a fight, he just punch him and ran.

Patton: He just hit him one time?

Scott: Punched the guy and ran.

Patton: And ran. Did Vick have anything in his hand?

Scott: Not that I seen.

Patton: Was he wearing any kind of big rings, or anything like that, or did he have a knife or ice pick, or?

Scott: No he didn't.

Patton: Or a weapon of some kind in his hand?

Scott: No he didn't.

Patton: Now did you see the, did the guy fall on the ground, fall down after Vick hit him?

Scott: No not when he hit him.

Patton: Was he bleeding?

Scott: I seen blood on his face.

Patton: Blood on his face?

Scott: Well it look like blood.

Patton: It look like blood. Was it a lot of blood or a little blood?

Scott: Just a little bit, I think.

Patton: Now what did the 2 smaller guys do when all of this was going on, what did they do?

Page - 11
STATEMENT OF:  Keith Scott


Scott:     I think they was standing on the side too?

Patton:    Did they fight?

Scott:     No.

Patton:    They grab anybody? They, they ain't try to fight you
           or your brother?

Scott:     No.

Patton:    Okay ah, now we had started talking to you earlier
           before we turned the tape on, did a little oral
           interview with you and I asked you tell me everything
           you know about Victor, right?

Scott:     Right.

Patton:    Had Victor been arrested before?

Scott:     Not that I know of.

Patton:    Is he in jail now?

Scott:     Yes he's currently incarcerated.

Patton:    And were at?

Scott:     I'm not sure were he's at.

Patton:    Were inaudible, do you know were he was arrested
           at, what County he's arrested?

Scott:     Yes his, he was arrested in PG County.

Patton:    You know what he's arrested for?

Scott:     No I don't.

Patton:    Did you tell us he was arrested in reference to
           some girls being killed in PG County? Did you say
           that?

Scott:     Yes from what I heard on the News, yes.

Patton:    And he was arrested with another individual that you
           know?

Page - 12
STATEMENT OF:  Keith Scott

Scott:      Yes.

Patton:     And that persons name was?

Scott:      Willis.

Patton:     Willis, you know his last name?

Scott:      I believe it's Haze, Hanes.

Patton:     Haze or Hanes?

Scott:      Yes.

Patton:     Okay now you, right now your wearing your hair
            braided to the back. Was you wearing your hair the
            same way that night this happened?

Scott:      No I wasn't.

Patton:     How was your hair?

Scott:      My hair was shorter than this.

Patton:     Was it braided up?

Scott:      Bush, not it wasn't braided at all.

Patton:     How was your brother Kevin Scott wearing his hair
            that night?

Scott:      I think he had his hair braided that night.

Patton:     Okay.

Scott:      In a pony tail.

Patton:     Describe, describe Kevin Miller, Kevin Anthony Miller
            for me, how tall is he about?

Scott:      About 6 foot, brown skin, like short hair.

Patton:     And is he light skin or dark skin?

Scott:      He's brown skin.

Page - 13
STATEMENT OF:   Keith Scott


Patton:   Brown skin, is he darker than you?

Scott:    Yes.

Patton:   And his hair was cut real close?

Scott:    Yes

Patton:   He is thick build, or thin build?

Scott:    No he's thin.

Patton:   Thin, do you remember what you were wearing that night?

Scott:    No I don't.

Patton:   Do you remember what Kevin was wearing that night?
          Your brother Kevin?

Scott:    No.

Patton:   Do you remember what Kevin Miller was wearing that night?

Scott:    Nope.

Patton:   Do you know if you had on long pants or shorts?

Scott:    I think I had on shorts.

Patton:   Do you know what kind of socks that you had on, had
          on that night?

Scott:    Ut-um.

Patton:   Did Kevin have on, Kevin Miller have on shorts?

Scott:    I think we all had on short, if I remember right,
          I'm not sure.

Patton:   What about Victor?

Scott:    Yes he had on shorts.

Patton:   Now when you guys left Laurel, did Victor leave Laurel
          with you guys the same time?

Case 8:98-cr-00520-PJM   Document 579-1   Filed 12/04/14   Page 82 of 169

Page - 14
STATEMENT OF:  Keith Scott

Scott:      No he didn't.

Patton:     Did you, did you plan to meet Victor downtown at the
            Inner Harbor that day?

Scott:      No I didn't, no I didn't.

Patton:     So you just by happen to chance just ran into him,
            Victor?

Scott:      Yes.

Patton:     Okay now earlier you told us that Kevin Anthony Miller
            lived at the Fox Restwood Apartments in Laurel?

Scott:      Yes.

Patton:     Is that correct, okay. And you said he live with his
            mother?

Scott:      Yes.

Hastings:   I don't have any questions.

Patton:     Okay, um, now I just wanna recap this real quick. Did
            you that night fight and swing, hit anybody?

Scott:      No I didn't.

Patton:     Did your brother?

Scott:      No he didn't.

Patton:     Did Kevin Miller?

Scott:      No he didn't.

Patton:     Did Victor?

Scott:      Yes he swung on the guy.

Patton:     Is there anything else you wanna tell us about that night
            that we've didn't ask you about? Is there anything else?
            You have to say yes or no?

Scott:      No not at this moment, no.

Page - 15
STATEMENT OF:  Keith Scott


Patton:    Okay, Victor how long have you known this guy Victor?

Scott:     I say for about not even a year, half a year of so.

Patton:    You know how much he had to drink that night?

Scott:     A few cups.

Patton:    A few what?

Scott:     A few cups.

Patton:    Of what?

Scott:     I think Remey Martin, I'm not sure, I don't remember.

Patton:    Were you drunk?

Scott:     I wasn't intoxicated, I had been drinking.

Patton:    Was your brother drunk?

Scott:     Yeah he was drinking too?

Patton:    What about Victor?

Scott:     I can't recall.

Patton:    Okay ah, we're gonna conclude the interview with Mr.
           ah, Keith Michael Scott. Time now is 1955 hours.


Tape transcribed by Jackie Taylor on 2/25/99.

# Exhibit 11

Today's date is the 2nd of February 1999. The time now is ah, 2055 hours. This is Detective Robert Patton, and Detective Kirk Hastings, of the Homicide Unit. We're conducting an interview with Mr. ah, Kevin Lee Scott, in reference to the Homicide of Martrell Lamar Kreighton, which occurred on the 18th of July 1998, at the Baltimore Inner Harbor Pavilion, on the ah, Promenade.

Patton:     Okay for the record ah, Kevin just tell us your full name, your age, and your date of birth please?

Scott:      Kevin Lee Scott.

Patton:     And your age?

Scott:      23.

Patton:     Okay and your birth date?

Scott:      ████████.

Patton:     Okay and were do you live?

Scott:      At ███ ██████████.

Patton:     Okay and were is that located?

Scott:      Lanham, Maryland.

Patton:     Lanham, Maryland, okay. What's you telephone number there?

Scott:      Ah, ████████

Patton:     Okay.

Scott:      Area code 301.

Patton:     301, okay do you have a brother?

Page - 2
STATEMENT OF:  Kevin Smith

Scott:        Yes I do.

Patton:       Okay, what's your brother's name?

Scott:        His name is Keith Michael Scott.

Patton:       Okay and do you have a nickname?

Scott:        Ah, common nickname is Twin, that's it.

Patton:       Twin, does your brother have a nickname?

Scott:        He go by the same.

Patton:       What?

Scott:        Twin.

Patton:       Twin? Okay, alright ah, on the ah, day I just
              told you the 18th of July, ah, you were down at
              the Inner Harbor, is that correct?

Scott:        Correct.

Patton:       Okay um, just tell me from the beginning ah,
              what you know, what you did that evening leading
              up to an altercation down ah, Inner Harbor?

Scott:        Leading up to what.

Patton:       To leading up to the altercation. There was a fight
              apparently at the Inner Harbor, right?

Scott:        Okay, right.

Patton:       Okay, now let me ask you first, you, you left
              Laurel to come to Baltimore, is that correct?

Scott:        Yes.

Patton:       That day, who was with you?

Scott:        Me, my brother and a friend of ours Kevin.

Patton:       Kevin, what's his last name?

Page - 3
STATEMENT OF:  Kevin Smith

| | |
|---|---|
| Scott: | Miller. |
| Patton: | Kevin Miller |
| Scott: | Yeah. |
| Patton: | Okay and ya'll came to Baltimore Inner Harbor, right? |
| Scott: | Correct. |
| Patton: | Okay and were'd you park your car? |
| Scott: | I believe it was a block and a half or two away from the Harbor. |
| Patton: | Okay, and do you know about what time you got down to Baltimore Harbor? |
| Scott: | I say it was between 7 and 9. |
| Patton: | Okay. |
| Scott: | I'm not sure. |
| Patton: | So tell me what did you guys do when you got down. |
| Scott: | When we got there we walked around for awhile. We had a few drinks, we stood by the water. On the way out, we ran into 2 guys. |
| Patton: | Okay and who were those 2 guys you ran into? |
| Scott: | That was Vick. |
| Patton: | Vick, you ran into a guy name Vick? |
| Scott: | Yeah. |
| Patton: | Okay. |
| Scott: | And a buddy of his. |
| Patton: | You know his buddies name? |
| Scott: | Nah, I'm not sure. |

Page - 4
STATEMENT OF:  Kevin Smith

Patton:          Had you ever seen him before, the buddy of Vick?

Scott:            Yeah, I think I seen him before, but I'm not sure who he exactly is.

Patton:          And do you know Vick's last name?

Scott:            No I don't.

Patton:          Okay, do you know were Vick lives?

Scott:            No I don't. I know he stayed in the area of Laurel.

Patton:          Okay, do you know what kind of car he, he drives or use to drive?

Scott:            Yes he use to drive a 4 door grey, Cutless or Oldsmobile.

Patton:          Okay alright so your walking out, you say your on your way out of the Harbor when you run into Vick and, and a friend of his?

Scott:            Correct.

Patton:          What happened after that, inaudible Vick.?

Scott:            He stopped us, asked what we was doing, what's up. And was we like nothing, what's up. We was getting ready to leave out and the same time um, these 3 girls walked passed. Well a few minutes later, 3 girls, I don't, I don't remember if it was 2 or 3. They came pass, Vick called them out, they stopped, they was talking to him for, I say maybe maybe close to 5 minutes. And that's when these other 3 guys came up. A big tall dude, and 2 short guys. And he was being loud, I can't remember what he was saying to the girl, but he was saying something to the girls as if, like it was his girlfriend or something. So by that time he was yelling yelling, girls said something, something to him. I guess, I don't know if they know him or they didn't and they pulled Vick away. And then them 4 was walking, or them 3. I'm not sure how many girls it was. And um, so we start walking,

Page - 5
STATEMENT OF:  Kevin Smith


keep walking the way we was going leaving out.
So inaudible, the big dude still yelling, inaudible
him yelling. And he was coming up behind ah, he was
over to my left I believe or my right. He came up
was yelling, had his guards up to big boy or whoever
that was. And ah, I glanced back and see Vick
swinging, hit him up in this area somewhere.

Patton:      In the face?

Scott:       In the face, facial area. So and he, he just broke
after that.

Patton:      Who broke Vick?

Scott:       Vick ran, he took off running. And recall the
girls laughing like hah hah. And you know we
still, I wasn't, I was paying attention, but I
wasn't paying attention. So they stated laughing,
we still walking. Two dudes, two dudes chased Vick
or I don't know if they were with Vick or them
guys, I'm not, that's, that's what I'm not sure of.
They they chased him and that's was that. We
preceded on to our car, got in the vehicle and
left, came on back to Laurel.

Patton:      You said the tall, the big guy that was arguing
with the girls, or was having words with those
girls came up to to to Vick and his friend as there
walking away with the girls?

Scott:       Yeah.

Patton:      From behind?

Scott:       Yeah.

Patton:      And then you saw Vick hit the guy, hit the big
tall guy in the, in the face?

Scott:       Yeah.

Patton:      Now did anybody else hit, hit him?

Scott:       Inaudible.

Page - 6
STATEMENT OF:  Kevin Smith

Patton:     Did anybody else fight?

Scott:      That that, that was it.

Patton:     So the only that was throwing any punches was
            Vick and the tall guy?

Scott:      Yeah.

Patton:     The guy, the guy that was arguing with the girls?

Scott:      Right.

Patton:     Okay, now did you or your brother or Kevin Miller
            fight anybody?

Scott:      No.

Patton:     Did you guys hit anybody?

Scott:      No.

Patton:     Did any of the friends that were with the victim,
            the big tall guy approach you guys and try to
            fight you guys?

Scott:      No.

Patton:     No.

Scott:      Not 2 words was said to me and I didn't say 2
            words.

Patton:     Okay, so the only person that was.

Scott:      Matter fact ah, was I, see I was drunk, I don't
            remember, I think I was, I might of been talking
            to one of the little dudes. As far as like what's
            going on. I said inaudible. I remember, I think I
            remember, it keep flashing back that I, I think
            I talk to the smallest, was it big dude, another
            dude, you know like a younger dude. And I think
            I recall myself talking to him as in like, what's
            going on, you know we not trying to mess, we didn't
            know that was you girl and that's it. And then we
            left.

Page - 7
STATEMENT OF:  Kevin Smith

Patton:     Now when you left, were was the big guy, what
            did he do? After, after Vick hit him, what did
            he do?

Scott:      He ain't do noting, he was just standing there.

Patton:     Did you see him bleeding or anything like that?

Scott:      No sir.

Patton:     You see anybody, anybody bleeding?

Scott:      I ain't see no blood. All I saw was a hit, run,
            girl started laughing and that was that. And I
            ain't think nothing of it.

Patton:     Did Vick have anything in his hands or have a
            knife, or ice pick, or, or ring or something on
            his hand?

Scott:      No.

Patton:     That you could see?

Scott:      No.

Patton:     Now describe Vick to me, how does he look?

Scott:      How does he look.

Patton:     Yeah.

Scott:      About medium build, near my height 5-10, 5-11,
            hispanic um, Puerto Rican or Spanish, I'm not
            sure which one.

Patton:     Is he light complexed?

Scott:      Real light complexed.

Patton:     Lighter than you?

Scott:      Yes.

Patton:     And how old is he about?

Page - 8
STATEMENT OF:  Kevin Smith

Scott:          Some where in his 20's.

Patton:         Okay, now describe Kevin Miller, how does he
                look?

Scott:          He's a maybe 6 foot, medium build, brown skin.

Patton:         How old is he about?

Scott:          Ah, I believe he's 21 now.

Patton:         Now you say there's a, a guy that's with Vick.
                How, can you describe what he look like, do you
                remember what he look like?

Scott:          Ah, he was brown skin, he had low hair and may
                have been 6 foot or under, ain't no taller.

Patton:         How as Vick wearing, how was Vick wearing his hair?

Scott:          How was he wearing his hair.

Patton:         Yeah, what style?

Scott:          It was real low, close cut.

Patton:         What about Kevin Miller, how is his hair?

Scott:          How was his hair, I believe it was low cut too.
                Like its all around shape up.

Patton:         Did you know those girls before you met them that
                night?

Scott:          No.

Patton:         Okay.

Scott:          I ain't know them.

Patton:         Had you ever seen the big guy or his friends
                before that night?

Scott:          I ain't seen none of them before that night.

Page - 9
STATEMENT OF:  Kevin Smith


Patton:   And the only person you really knew was Vick
          and had seen the guy that was with him before,
          but you don't know his name or anything?

Scott:    Yeah.

Patton:   That was with Vick?

Scott:    Correct.

Patton:   And the only person that you saw hit anybody was
          who?

Scott:    It was Vick punching him.

Patton:   I'm sorry?

Scott:    Vick was punching the, the um, tall guy.

Patton:   Did the tall guy swing back?

Scott:    Nah, Vick took off.

Patton:   Alright so Vick hit him, and just one punch
          thrown and that was it?

Scott:    That was it, that was it.

Patton:   And you guys went back to Laurel after that?

Scott:    Correct.

Patton:   Did you meet, meet up with those girls later?

Scott:    Nah.

Patton:   Did you ever call those girls later?

Scott:    No I didn't, I never talked to them.

Patton:   Did you guys ever give those girls your telephone
          numbers or anything like that?

Scott:    No.

Patton:   Alright um, I just want to back up a little bit.

Page - 10
STATEMENT OF:  Kevin Smith

Scott:        Um-hum.

Patton:       Um, before we conducted the taped interview um,
              we advised you of your rights, is that correct?

Scott:        Correct.

Patton:       Okay and we read you your rights. You read your
              right allow to us, is that correct?

Scott:        Yes.

Patton:       Okay and you put the, your initials on each one
              of the rights indicating that you understood each
              one of them?

Scott:        Yeah.

Patton:       And you signed your name on that form in 2 places?

Scott:        Yeah.

Patton:       Okay, now I'm, and on the Rights form you indicated
              that you wanted to talk to us without having a
              Lawyer present, is that correct?

Scott:        Correct.

Patton:       And that was free and voluntarily on your part,
              is that correct?

Scott:        Correct.

Patton:       Okay.

Scott:        I like to do both, I just, I like to talk now and
              I want, you know I just, wanna get, get it going.

Patton:       Okay um, did we force you to give this statement?

Scott:        No sir.

Patton:       Okay, and you understand that your under arrest,
              is that correct?

Scott:        Yeah I understand.

Page - 11
STATEMENT OF:  Kevin Smith


Patton:        That I told you that before we turned on the tape
               recorder, is that correct?

Scott:         Yes.

Patton:        And I told you your being charged with murder,
               is that correct?

Scott:         Yes.

Patton:        Okay and I told you who's murder your being charged
               with?

Scott:         Yeah.

Patton:        Okay, and you, when I read you, when you read the
               rights, you fully understood them, is that correct?

Scott:         Yes.

Patton:        Now let me ask you another question, do you know
               were Vick is now?

Scott:         Do I know.

Patton:        Yeah?

Scott:         I know he's locked up, but I couldn't tell you
               were at, or nothing like that.

Patton:        And how do you know that he's locked up?

Scott:         We saw it over Laurel and I seen it on the News
               for myself.

Patton:        Okay and he's locked up for what, do you know?

Scott:         Believe committing another murder crime in PG
               area.

Patton:        Okay.

Scott:         Three girls.

Patton:        Right now since that incident down the Inner Harbor
               had you seen Vick?

Page - 12
STATEMENT OF:  Kevin Smith


Scott:          I seen him.

Patton:         Yeah.

Scott:          Since that night.

Patton:         The the night down at the Harbor?

Scott:          Ah, I may have seen him once or twice, driving.

Patton:         Did you talk to him?

Scott:          No.

Patton:         What about Kevin Miller, did you talk to Kevin
                Miller after that night?

Scott:          Yeah I talk to him.

Patton:         What did Kevin have to say about what happened
                that night?

Scott:          Ah that, we didn't talk about that.

Patton:         You didn't talk about what happened?

Scott:          I mean that, that wasn't nothing, I mean.

Patton:         Did you know that anyone died as a result of that
                fight you had down at the Harbor or was witnessed.

Scott:          No sir. That's why it seemed kind a inaudible, and
                its to me it was just funny cause he hit him and
                ran. It was like, hit and run incident. The girls
                laughed, I mean wasn't, wasn't no gun displayed,
                no knife, nothing. It, it was like simple punch and
                left. And we just come to find out that he stabbed
                him, so.

Patton:         Do you know if Vick had some keys?

Scott:          Some keys.

Patton:         Yeah.

Page - 13
STATEMENT OF:   Kevin Smith


Scott:          I mean I wouldn't know what he had with him or
                anything, only think I can tell you is what he was
                wearing that night. And we just, you know bumped
                into him on the way out.

Patton:         What were you wearing that night?

Scott:          I don't know, I can't tell you what I was wearing.
                In the summertime, I know I had to have on some
                shorts.

Patton:         Do you know what your brother had on and Kevin
                Miller was wearing that night?

Scott:          Shorts.

Patton:         Kevin Miller was wearing shorts too?

Scott:          Ah, I think so, sometime.

Patton:         And your brother was wearing shorts also?

Scott:          I don't see why not.

Patton:         Okay, is there anything else about what happened
                that that night at the Harbor that ah, you can
                tell us that we've not asked you about? Is there
                anything else that you remember about what happened
                that night?

Scott:          Ah.

Patton:         That we didn't talk about?

Scott:          Nah I don't think so.

Patton:         Okay, Detective Hastings you have any questions?

Hastings:       No I don't.

Patton:         Okay, alright um, the time now is approximately ah,
                2110 hours. We're gonna conclude the interview.


Tape transcribed by Jackie Taylor on 2/25/99.

# Exhibit 12

Today's date is the 7th of April, 1999, the time is now approximately 1135 hours. This is Detective Robert Patton and Detective John Riddick of the Homicide Unit. We're conducting an interview with Mr. Kevin Anthony Miller, in reference to the homicide of Martrell Lamar Crayton, which occurred at ah Baltimore City Inner Harbor.

Patton:    Okay ah, for the record Kevin, could you state your full name, your age and your date of birth, please.

Miller:    Kevin Anthony Miller, ██████████ █ ███.

Patton:    How old are you, Kevin?

Miller:    22.

Patton:    Okay, and your current address?

Miller:    Inaudible.

Patton:    Okay, um first let me advise you on a couple of things that we've already talked about. Ah first I want you to understand that you are under arrest, do you understand that?

Miller:    Yes.

Patton:    Okay, and I told you earlier that you're going to be, your charges are murder and deadly weapons violation is that correct?

Miller:    I didn't know I had weapon charges too.

Patton:    That's a collateral cause it's a stabbing homicide, but you understand that, and that's what I told you is that correct?

Miller:    Yes.

Patton:    And do you understand what you are charged with?

Miller:    Yes.

Patton:    Okay. Now at about 10:00 this morning, we went over your inaudible rights form, is that correct?

Miller:    Yes.

Patton:    Okay, I'm going to just go over and touch over the rights again now. Um number 1, you have the absolute right to remain silent, do you understand that?