# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
## OFFICE OF THE CLERK

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

Patricia S. Connor
Clerk

Telephone
804-916-2700

May 23, 2016

_____

## PARTIAL RECORD REQUEST
_____

No. 16-8,     In re: Dustin Higgs

8:98-cr-00520-PJM-2

TO:  Felicia Cannon
UNITED STATES DISTRICT COURT
District of Maryland
6500 Cherrywood Lane
Room 200
Greenbelt, MD 20770-0000

PARTIAL RECORD DUE:  May 26, 2016

Please transmit to this office a partial record in the above-referenced case, consisting of the following:

**Pre-Sentence Report**

**Sentencing Transcript**

If there is any problem with transmission of the partial record, please notify me.

RJ Warren, Deputy Clerk
804-916-2702