# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 23, 2016

_____

### RESPONSE REQUESTED
_____

No. 16-8,       <u>In re: Dustin Higgs</u>
                8:98-cr-00520-PJM-2

TO:     Sujit  Raman
        Deborah A. Johnston
        Sandra  Wilkinson
        James Andrew Crowell

RESPONSE DUE: 05/31/2016

Response is required to the motion for authorization to file successive habeas application on or before 05/31/2016.

RJ Warren, Deputy Clerk
804-916-2702