UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-8
(8:98-cr-00520-PJM-2)
_____

In re: DUSTIN JOHN HIGGS

      Movant

_____

O R D E R

_____

The court grants the motion for extension and extends the time for filing a response to the motion for authorization to file a successive habeas application to June 3, 2016.  Counsel is advised that no further extensions will be granted absent a showing of extraordinary circumstances.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk