# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
# OFFICE OF THE CLERK

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

Patricia S. Connor
Clerk

Telephone
804-916-2700

June 2, 2016

_____

## PARTIAL RECORD REQUEST
## FOLLOW UP

_____

No. 16-8,       In re: Dustin Higgs
                8:98-cr-00520-PJM-2

TO: Felicia Cannon
    UNITED STATES DISTRICT COURT
    District of Maryland
    6500 Cherrywood Lane
    Room 200
    Greenbelt, MD 20770-0000

PARTIAL RECORD DUE:  June 6, 2016

Please transmit to this office a partial record in the above-referenced case, consisting of the following:

**Pre-Sentence Report**

**Sentencing Transcript**

If there is any problem with transmission of the partial record, please notify me.

RJ Warren, Deputy Clerk
804-916-2702