UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-8**
**(8:98-cr-00520-PJM-2)**

In re: DUSTIN JOHN HIGGS

　　　　Movant.

O R D E R

Dustin John Higgs has filed a motion pursuant to 28 U.S.C. §§ 2244(b), 2255(h) (2012) for authorization to file a second or successive 28 U.S.C. § 2255 (2012) motion. Higgs argued that the new rule of constitutional law announced in Johnson v. United States, 135 S. Ct. 2551 (2015), and held to apply retroactively to cases on collateral review by Welch v. United States, 136 S. Ct. 1257 (2016), should apply to his case. See In re Hubbard, ___ F.3d ___, No. 15-276, 2016 WL 3181417 (4th Cir. June 8, 2016).

Upon review of submissions relative to the motion for

authorization for Higgs to file a second or successive § 2255 motion, the court denies the motion.

Judge Shedd and Judge Keenan voted to deny the motion. Chief Judge Traxler voted to grant the motion.

For the Court

/s/ Patricia S. Connor, Clerk